**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ALAN GEBOY,**

        **Petitioner,**

    **vs.**                    **Civil Action 2:03-CV-552**
                                  **Judge Smith**
                                  **Magistrate Judge King**

**ANTHONY BRIGANO, Warden,**

        **Respondent.**

<u>**ORDER**</u>

        Pursuant to the order of remand issued by the United States Court of Appeals for the Sixth Circuit, the petition filed in this action is hereby **DISMISSED** in its entirety.

                                                             <u>s/George C. Smith</u>
                                                           George C. Smith, Judge
                                                   United States District Court