```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION


ALAN GEBOY,

                Petitioner,

     vs.                               Civil Action 2:03-CV-552
                                       Judge Smith
                                       Magistrate Judge King

ANTHONY BRIGANO, Warden,

                Respondent.
```

## ORDER

Pursuant to the order of remand issued by the United States Court of Appeals for the Sixth Circuit, the petition filed in this action is hereby **DISMISSED** in its entirety.


                                       s/George C. Smith
                                     George C. Smith, Judge
                                   United States District Court